# Third District Court of Appeal

## State of Florida

Opinion filed February 23, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1492
Lower Tribunal No. 17-1358
_____

**Amersham Enterprises, Inc., et al.,**
Appellants,

vs.

**Carlos Hakim-Daccach,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Beatrice Butchko, Judge.

Greenberg Traurig, P.A., and Elliot H. Scherker and Brigid F. Cech Samole and Bethany J.M. Pandher, for appellants.

Sequor Law, P.A., and Edward H. Davis, Jr., and Arnoldo B. Lacayo and Amanda E. Finley and Christopher A. Noel, for appellee.

Before LOGUE, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.